

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

ROBERT W. ZIMMERMAN
DIRECT LINE: (215) 606-3898 WORK
RZIMMERMAN@SMBB.COM

MONTGOMERY COUNTY OFFICE
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

June 11, 2025

**VIA FEDEX MAILING**
Judge Joseph N. Laplante
U.S District Court
55 Pleasant Street, Room 110
Concord, NH 03301

Re :   Anderson, et al v. Sig Sauer, Inc.
**United States District Court for the District of New Hampshire**
**Civil Action No.: 1:25-cv-00113-JL-AJ**

Dear Judge LaPlante,

Enclosed please find Plaintiffs' video exhibit C for ECF. #16 Plaintiffs Objection to Sig Sauer's Motion to Sever and Transfer filed on June 10th, 2025, in regards to the above referenced matter.

Respectfully Submitted,

**SALTZ MONGELUZZI BENDESKY**

*/s/Robert W. Zimmerman*
ROBERT W. ZIMMERMAN

RWZ/cg