

**DELAWARE COUNTY OFFICE**
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

**NEW JERSEY OFFICE**
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

**MONTGOMERY COUNTY OFFICE**
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

ROBERT W. ZIMMERMAN
215-606-3898
Rzimmerman@smbb.com

June 18, 2025

**_VIA ELECTRONIC MAILING:_** kellie_otis@nhd.uscourts.gov
U.S. District Court,
55 Pleasant Street, Room 110,
Concord, NH 03301

  *RE :* **Anderson, et al v. Sig Sauer, Inc.**
    **United States District Court for the District of New Hampshire**
    **Civil Action No.: 1:25-cv-00113-JL-AJ**

Your Honor:

  We are in receipt of the Court's notice for a hearing on July 21, 2025 pertaining to Defendant's Motion to Transfer and Sever. Plaintiffs' and Defendant's counsel are scheduled to be on trial in another Sig Sauer P320 matter in Massachusetts on that date. Both parties have conferred with their local counsel, who are each available for the July 21, 2025 hearing and will participate on behalf of the parties.

  Should the Court require the attendance of lead counsel, we would respectfully request that the hearing be rescheduled. However, the parties otherwise plan to go forward on the current date and thank the Court for its consideration on the issue.

       Respectfully submitted,

        /s/Robert W. Zimmerman
       ROBERT W. ZIMMERMAN