UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
**************************************
GREGORY WILLIS                         *
Case No.: 1:25-cv-00066                *
                                       *
TROY ADAMS                             *
Case No.: 1:25-cv-00058                *
                                       *
ANDERSON, ET AL.,                      *    CASE NO. : 1:25-cv-00113
Case No.: 1:25-cv-00113                *
                                       *
                                       *
                    Plaintiffs,        *
v.                                     *
                                       *
SIG SAUER, INC.                        *
                                       *
                    Defendant.         *
**************************************
```

## MOTION TO CONSOLIDATE ACTIONS

NOW COMES the Plaintiffs, Gregory Willis and Troy Adams by their attorneys, Saltz Mongeluzzi Bendesky, respectfully requesting that this Honorable Court consolidate each of their above captioned matters with the matter captioned Anderson, et al., v. Sig Sauer, Inc., and, in support thereof, states as follows:

1. Gregory Willis is a personal injury and products liability matter in which Mr. Willis alleges his Sig Sauer P320 pistol discharged unintentionally causing him injury.

2. Troy Adams is a personal injury and products liability matter in which Mr. Adams alleges his Sig Sauer P320 pistol discharged unintentionally causing him injury.

3. These cases involve the same product, the Sig Sauer P320 pistol, and are brought against the same Defendant, Sig Sauer, Inc.

4. These cases involve substantially similar issues of fact and law.

1

5. The Plaintiffs therefore respectfully request each of these actions be consolidated under action Anderson, et al., v. Sig Sauer, Inc.

6. As background, there exist two multi-plaintiff Sig Sauer P320 actions presently before the Court. The first includes fifty-two (52) Plaintiffs[1] under the caption Armendariz, et al.

7. This Court has previously notified the litigants that it did not want additional Plaintiffs consolidated into the Armendariz action, and to the extent more plaintiff cases were filed, to file in a separate action.

8. The Court's request prompted the separate filing of the Anderson action, which currently includes twenty-two (22) Plaintiffs[2]. The consolidation of these matters into the Anderson, et. al, matter was discussed with the Court at the Pre Trial conference on May 13th, 2025, whereby Plaintiffs' Counsel alerted the Court and Opposing Counsel of the plan to consolidate these matters.

9. The relief requested herein will not result in the continuance of any hearing, conference or trial.

10. Due to the discretionary nature of the relief requested herein, no memorandum of law is necessary.

WHEREFORE, the plaintiffs, Gregory Willis, and Troy Adams, respectfully request that this Honorable Court consolidate these actions into the Anderson docket for the efficiency of litigation.

Respectfully submitted,

**SALTZ MONGELUZZI BENDESKY**

Date: August 14, 2025        By:    /s/Robert W. Zimmerman

---

[1] Not including consortium claims.
[2] Not including consortium claims.

Robert W. Zimmerman (*via pro hac vice*)
1650 Market St., 52nd Floor
Philadelphia, PA 19103
(215) 575-3898
rzimmerman@smbb.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

/s/Robert W. Zimmerman
Robert W. Zimmerman
