# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BERNARD ANDERSON, et al., : | |
| : | |
| Plaintiffs, : | |
| v. : | NO. 1:25-cv-00113-JL-AJ |
| : | |
| SIG SAUER, INC., : | JURY DEMANDED |
| Defendant. : | |
| : | |

## STIPULATION REGARDING BELLWETHER CASE SELECTION

It is hereby STIPULATED and AGREED, by and among the undersigned counsel for the parties to this matter, pursuant to the selection process completed by the Honorable Joseph N. Laplante on September 2, 2025, the following plaintiffs have been selected as Bellwether plaintiffs:

1. Troy Adams
2. Daniel Davis and Lesley George-Davis, (h/w)
3. Dennis Hall
4. Kelly McDaniel and Kathy Aleman, (h/w)
5. Thomas McMillian and Susan McMillan, (h/w)
6. Gustov Tudon, Jr. and Regina Acuna, (h/w)

Respectfully submitted,
Bernard Anderson, et al.,

**SALTZ MONGELUZZI & BENDESKY P.C.**

Date: September 3, 2025     By:   */s/ Robert W. Zimmerman*
ROBERT W. ZIMMERMAN, PA Bar #208410, phv
RYAN D. HURD, PA Bar #205955, pro hac vice
SAMUEL A. HAAZ, PA Bar #314507, pro hac vice
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
(215) 496-8282
rzimmerman@smbb.com
rhurd@smbb.com
shaa@smbb.com

1

and

**DOUGLAS, LEONARD & GARVEY, P.C.**

By:     */s/ Benjamin T King*
BENJAMIN T. KING, NH Bar #12888
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
benjamin@nhlawoffice.com


Respectfully submitted,
Sig Sauer, Inc.

By Its Attorneys,
**SULLOWAY & HOLLIS, PLLC**

Date: September 3, 2025     By:     /s/ *David W. Johnston*
DAVID W. JOHNSTON, NH Bar #9334
9 Capitol Street
Concord, NH 03301
(603) 223-2843
djohnston@sulloway.com

and

**LITTLETON JOYCE UGHETTA & KELLY LLP**

Date: September 3, 2025     By:     /s/ *Brian Keith Gibson*
BRIAN KEITH GIBSON, NY Bar #4176244, *phv*
The Centre at Purchase
4 Manhattanville Road, Suite 202
Purchase, NY 10577
(914) 417-3400
keith.gibson@littletonjoyce.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

/s/ Benjamin T. King
Benjamin T. King